**Order entered May 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01559-CV

**DAWN NETTLES, Appellant**

**V.**

**GTECH CORPORATION AND THE TEXAS LOTTERY COMMISSION, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14838**

## ORDER

We **GRANT** appellant's May 11, 2016 unopposed third motion for extension of time to file brief and **ORDER** the brief be filed no later than May 18, 2016.


/s/    CRAIG STODDART
       JUSTICE